USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/19/2020

**GREGORY ANTOLLINO**
ATTORNEY AT LAW

GREGORY10011@ICLOUD.COM
WWW.ANTOLLINO.COM

275 SEVENTH AVENUE, SUITE 705
NEW YORK, NEW YORK 10001

TEL. (212) 334-7397
FAX (212) 334-7399

**MEMO ENDORSED**

May 28, 2020

Judge Nelson S. Román
United States District Court
300 Quarropas Street
White Plains, New York 10601

The application is granted. The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 17.

Dated: August 19, 2020
White Plains, NY

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Re: Nurse Anonymous v. Good Samaritan Hospital et al., 20-cv-03119 (NSR)

Dear Judge Román:

    I represent Plaintiff in this action. I will be soon file a motion for plaintiff's continued anonymity (tomorrow, or by the latest, Monday). Since plaintiff's declaration is replete with personal information that the motion would seek to keep anonymous, I seek permission to file that declaration under seal. I will also file a declaration that does not have to be filed under seal (as well a non-confidential notice of motion). My memorandum will contain portions that I would need to file under seal in order not to defeat the purpose of the motion. The memo I will be able to redact in part and file publicly, though I have not finished it and cannot so determine what amount at this time.

    Therefore, I ask to file papers – two in particular – under seal, though the memo I can redact in part and file the redacted brief under seal. Plaintiff's declaration is replete with information that contains information that plaintiff seeks to remain under seal. A minority of the information contained in the declaration could be filed publicly, though I think it would be a useless, mostly redacted document were I to file it in redacted form.

    Under a sealing order effective February 3, 2020, I must make this motion before filing and receive permission. Since a public filing of the motion would defeat the purpose of the motion, <u>I ask for leave to file plaintiff's declaration and a memo of law under seal, with a redacted memorandum to follow the complete filing.</u>

1

Thank you for your consideration.

Sincerely,

*Greg S. Antollino*

Gregory Antollino

Cc:     Allison B. Gotfried, Brian Clark (by ecf)