USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/18/2020__

**GREGORY ANTOLLINO, ESQ.**
275 Seventh Avenue, 7th Floor
New York, NY 10001
gregory@antollino.com
(212) 334-7397

December 18, 2020

Judge Nelson S. Román
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: <u>Earl v. Good Samaritan Hospital et al., 20-cv-03119 (NSR)</u>

Dear Judge Roman:

    I, with Stephen Bergstein, represent Plaintiff in this action. We write to request an enlargement of the time to file our opposition to the pending motion to dismiss. Now due on December 18, we ask to file by Monday December 21. The defense does not oppose this relief.

    The reason I need this modest extension of time is that I had calendared, along with a lengthy deposition in another case, this week to write the opposition. I do not think I can produce a brief that addressed all issues that my co-counsel can review without the extra business day. This week, my father entered the hospital with a non-life-threatening condition. He is scheduled for discharge tomorrow; however, to enter a hospital during the pandemic is an issue of concern no matter the reason. It has caused me some distraction and time I could not devote to my brief. This is merely objective reportage; I seek no sympathy, and my father will be fine. Nevertheless, the fact that I report has disrupted my schedule to the extent that I need one extra business day to complete the opposition.

    For these reasons, I ask that the request be granted, and thank the court for entertaining the application.

Sincerely,

*Greg S. Antollino*

Gregory Antollino

Cc:   Allison B. Gotfried, Brian Clark

**MEMO ENDORSED**

Plaintiff's request for an extension to oppose the motion to dismiss is granted as follows: Plaintiff's opposition shall be served (not filed) on December 21, 2020; Defendants' reply shall be served on January 7, 2021. The parties are directed to file all motion documents on the reply date, January 7, 2021. The parties shall provide two (2) copies of their respective motion documents to Chambers on the date the documents are served upon their adversary. As long as the Court's Emergency Rules remain in place, counsel shall also provide the Court an electronic copy of their respective papers on the due dates.
The Clerk of Court is directed to terminate the motion at ECF No. 25.

Dated: December 18, 2020
White Plains, NY

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE