**ANTOLLINO PLLC, GREGORY ANTOLLINO, ESQ., PRINCIPAL**
116 West 23rd Street, Ste. 500, New York, NY 10011
Ph: 212-334-7397   Cell: 212-979-6899   gregory@antollino.com

January 31, 2022

Judge Nelson S. Román
United States District Court
300 Quarropas Street
White Plains, New York 10601

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/01/2022
```

Earl v. Good Samaritan Hospital et al., 20-cv-03119 (NSR)

RE:   Pending Motion to Dismiss: Request for brief extension

Dear Judge Román:

    I have requested no other extensions requested on this motion and ask for an additional week. I was sick for about this amount of time earlier in the month. As such, it would behoove everyone for me to have a bit more time to answer the pending motion. I emailed my opponent, Allison B. Gotfried, about this request and she indicated she would not object. This will make my opposition due (to be served by not filed as prescribed by your order) no later than February 10, 2022. (I assume the defense would like the identical additional time to finish a reply brief and of course consent to such an extension.)

    Thank you for your consideration.

Sincerely,

/s/ *Greg S. Antollino*

Gregory Antollino

Cc:   All parties by ECF

**MEMO ENDORSED**

The Court GRANTS the application. Plaintiff shall serve (not file) his opposition papers on or before February 10, 2022. Defendants shall serve their reply on February 25, 2022. The parties shall file all motion papers on the reply date, on February 25, 2022.

The Clerk of the Court is directed to terminate the motion at ECF No. 41.

Dated: February 1, 2022
      White Plains, NY

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

1