**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
NICHOLAS EARL,

                  Plaintiff,                        20 **CIVIL** 3119 (NSR)

       -against-                                 **JUDGMENT**

GOOD SAMARITAN HOSPITAL OF SUFFERN NY,
BON SECOURS CHARITY HEALTH SYSTEM,
and WESTCHESTER HEALTH CARE FOUNDATION,
INC., d/b/a WESTCHESCHESTER HEALTH CARE
NETWORK, INC.,

                  Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion & Order dated September 6, 2022, Defendants' motions to dismiss are GRANTED and Plaintiff's Second Amended Complaint is DISMISSED in its entirety. Specifically, the Court has dismissed Plaintiff's federal claims with prejudice, and his state claims without prejudice; accordingly, this case is closed.

**Dated:**  New York, New York
          September 7, 2022

                                                              **RUBY J. KRAJICK**

                                                               _____
                                                                       **Clerk of Court**

                                 **BY:**     K. Mango

                                                               _____
                                                                       **Deputy Clerk**